AMIR NASSIHI (SBN 235936)
anassihi@shb.com
RODRIGO E. SALAS (SBN 194462)
rsalas@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900
FAX: (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

LARRY CHAE (SBN 268979)
lchae@veracislaw.com
**VERACIS LAW CORPORATION**
333 City Boulevard West, Suite 1700
Orange, CA 92868
TEL: (714) 453-9915
FAX: (714) 464-4671

Attorney for Plaintiff
EDDY FARRALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDY FARRALES,<br><br>            Plaintiff,<br><br>     vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: 4:21-cv-7624-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO REMAND** |

Pursuant to Civil Local Rule 6-2, Plaintiff Eddy Farrales ("Plaintiff") and Defendant Ford Motor Company ("Ford") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

Plaintiff filed the Complaint in this action on August 3, 2021, in the Superior Court of California, County of San Francisco.

Ford removed the case to Federal Court on September 29, 2021, (Dkt 1).

1  Plaintiff filed a motion to remand on October 29, 2021, setting a hearing date for March 17, 2022, (Dkt 12).

Pursuant to Civil Local Rule 7-3, subdivs. (a) and (c), Ford's opposition to the motion to remand is due November 12, 2021, and Plaintiff's reply brief in response to Ford's opposition to the motion to remand is due on November 19, 2021.

The Parties agreed, following a conferral, to alter the briefing schedule given the March 17, 2022 hearing date, the holidays and trial related conflicts impacting the current opposition date.

There have been no prior modifications in this case.

The extensions of time for the remand motion briefing will not alter any events or deadlines already fixed by court order, and will not alter the March 17, 2022 hearing date.

IT IS HERBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that:

1. Ford's opposition to Plaintiff's motion to remand will be filed on or before December 3, 2021; and

2. Plaintiff's reply brief in response to Ford's opposition to the motion to remand will be filed on or before December 17, 2021.

IT IS SO STIPULATED.

Dated: October 29, 2021  Respectfully Submitted

SHOOK, HARDY & BACON L.L.P.

By: /s/ Amir Nassihi
AMIR NASSIHI
RODRIGO E. SALAS

Attorneys for Defendant
FORD MOTOR COMPANY

Dated: October 29, 2021  Respectfully Submitted

VERACIS LAW CORPORATION

By: /s/ Larry Chae
LARRY CHAE

Attorneys for Plaintiff EDDY FARRALES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/1/2021

_____
HONORABLE HAYWOOD S. GILLIAM, JR.