AMIR NASSIHI (SBN 235936)
anassihi@shb.com
RODRIGO E. SALAS (SBN 194462)
rsalas@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900
FAX: (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

LARRY CHAE (SBN 268979)
lchae@veracislaw.com
**VERACIS LAW CORPORATION**
333 City Boulevard West, Suite 1700
Orange, CA 92868
TEL:  (714) 453-9915
FAX: (714) 464-4671

Attorney for Plaintiff
EDDY FARRALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EDDY FARRALES, | Case No.: 4:21-cv-7624-HSG |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS SECOND AMENDED COMPLAINT** |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Civil Local Rule 6-2, Plaintiff Eddy Farrales ("Plaintiff") and Defendant Ford Motor Company ("Ford") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

Plaintiff filed the Second Amended Complaint in this action on May 17, 2022 (Dkt. 38).

Ford filed its Motion to Dismiss the Second Amended Complaint on May 31, 2022, 2021, (Dkt. 39).

1 | Plaintiff filed his Opposition to Ford's Motion to Dismiss the Second Amended Complaint on June 14, 2022. (Dkt. 40)

The Motion to Dismiss the Second Amended Complaint is set for hearing on August 18, 2022.

Pursuant to Civil Local Rule 7-3, subdivs. (a) and (c), Ford's reply to the Motion to Dismiss the Second Amended Complaint is due on June 21, 2022.

The Parties agreed, following a conferral, to alter the reply briefing schedule so as to extend the deadline by one week from June 21, 2022 to June 28, 2022 based on conflicts impacting the current reply date.

There have been modifications on briefing schedules for prior motions, but no prior modifications specific to the pending Motion to Dismiss the Second Amended Complaint.

The extension of time for the reply in support of the pending Motion to Dismiss the Second Amended Complaint will not alter any events or deadlines already fixed by court order, and will not alter the August 18, 2022 hearing date.

IT IS HERBY STIPULATED AND AGREED by and between the Parties, through their respective counsel, that:

1. Ford's reply brief in support of Ford's Motion to Dismiss the Second Amended Complaint will be filed on or before June 28, 2022.

IT IS SO STIPULATED.

Dated: June 20, 2022                     Respectfully Submitted

                                         SHOOK, HARDY & BACON L.L.P.

                                         By: /s/ Amir Nassihi
                                             AMIR NASSIHI
                                             RODRIGO E. SALAS

                                         Attorneys for Defendant
                                         FORD MOTOR COMPANY

Dated: June 20, 2022                     Respectfully Submitted

                                         VERACIS LAW CORPORATION

                                         By: /s/ Larry Chae

LARRY CHAE

Attorneys for Plaintiff EDDY FARRALES

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 6/22/2022

_____
HONORABLE HAYWOOD S. GILLIAM, JR.